**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7899

JOHN A. HAYNES,

Plaintiff - Appellant,

versus

L. MICHAEL ALLSEP; WOOD & LINDLEY, Attorneys
and Counsellors at Law; NORBRET E. CUMMINGS,
JR., Acting Solicitor; ORANGEBURG COUNTY
SOLICITOR'S OFFICE; B. HARRISON BELL, Acting
Solicitor; UNKNOWN INSURANCE AGENCY, Advo-
cating Allsep, Bell and Cummings Professional
(Personal) and Official Liability; DORCHESTER
COUNTY; ORANGEBURG COUNTY; UNKNOWN PERSONS,
Involved; DORCHESTER COUNTY SOLICITOR'S
OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-95-1495-3-6BC)

Submitted: May 16, 1996                 Decided: May 30, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John A. Haynes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Haynes v. Allsep, No. CA-95-1495-3-6BC (D.S.C. Nov. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED